STATE v. SEXTON

No. 499A91-2

Case below: Wake County Superior Court

Petition for writ of certiorari to review the order of the Wake County Superior Court denied 12 June 1996.

STATE v. SMITH

No. 173P96

Case below: 121 N.C. App. 628

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 June 1996.

STATE v. WELLS

No. 97P96

Case below: 121 N.C. App. 625

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 12 June 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

STATE v. WILKES

No. 130P96

Case below: 121 N.C. App. 628

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 12 June 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

TROUTMAN v. WHITE & SIMPSON, INC.

No. 13P96

Case below: 121 N.C. App. 48

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.